UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

ELIZABETH DUFFY,                        §
                                        §
                                        §
*versus*                                §          NO.  1:26-CV-00218-MAC-ZJH
                                        §
                                        §
SHAHABUDDEEN  A.  ALLY,  CHIDI  A.      §
EZE, KEVIN MCCLANAHAN, MONIQUE          §
HOLAMAN,    CARMEN    PACHECO,          §
WAVNY TOUSSAINT,                        §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 1, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  Along with her *Complaint* (# 1), *pro se* Plaintiff Elizabeth Duffy ("Duffy") filed a *Motion for Leave to Proceed in forma pauperis* (#2). On June 15, 2026, the mail to Duffy was returned as undeliverable.  (#4).  Judge Hawthorn issued a *Report and Recommendation* (#5), which recommended dismissing Duffy's case for want of prosecution.[1]  On July 2, 2026, the mail, Judge Hawthorn's *Report and Recommendation* (#5), was also returned undeliverable.  (#6).

The court reviewed Judge Hawthorn's *Report and Recommendation* (#5) along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of

---

[1] Judge Hawthorn explained "Local Rule CV-11(d) of the Local Rules of Court for the Eastern District of Texas requires that a *pro se* litigant must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of her current physical address."  (#5).  The Court has no duty to locate litigants who do not keep the court apprised of their current address.  *See Kindle v. Warden, FCI-Texarkana*, No. 5:23-CV-145-RWS-JBB, 2026 WL 930585, *1 (E.D. Tex. Apr. 6, 2026) (citing *Ashlock v. Kelley*, No. 5:17-cv-00209, 2019 WL 2578628, at *1 (E.D. Tex. June 24, 2019).

fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation* (#5), and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that Judge Hawthorn's *Report and Recommendation* (#5) dismissing this case without prejudice for want of prosecution is **ADOPTED**.  The court will separately enter Final Judgment.

SIGNED at Beaumont, Texas, this 6th day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2